ABEL M. YANEZ, ESQ.
NEVADA BAR NO. 7566
Nobles & Yanez Law Firm
324 South Third Street, Suite 2
Las Vegas, Nevada 89101
(T) (702) 641-6001
(F) (702) 641-6002
EMAIL: ayanez@noblesyanezlaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-966-BNW |
| Plaintiff, | **JOINT STIPULATION** |
| v. | |
| ALBERTO MEZA, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between United States Attorney, Jason Frierson and Angelica Marmorstein, Assistant United States Attorney, and Abel Mariano Yanez, Esq., counsel for defendant, Alberto Meza, that:

1. On January 19, 2022, pursuant to a Plea Agreement, Mr. Meza pled guilty to the Count One of the Complaint: Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1). The remaining charges were dismissed.

2. The Plea Agreement prescribes that if Mr. Meza successfully completed conditions i, ii, iii, and iv contained in Section 4(c) of the Agreement and did not violate any laws within the first six months of Mr. Meza's unsupervised probation, the parties would jointly move to allow Mr. Meza to withdraw his guilty plea to Count One, the Government would move to amend Count One to a charge of Reckless Driving (36 C.F.R. § 4.2), Mr.

Meza would plead guilty to the amended Count One, and the parties would jointly agree that the original sentence be applied to the Reckless Driving conviction.

3. On January 19, 2022, this Court sentenced Mr. Meza to (1) Pay a $500 fine and $10 assessment; (2) Complete DUI School; (3) Complete Victim Impact Panel; (3) Complete eight-hour Alcohol Awareness Class; (4) Not violate any local, state, or federal laws; and (5) Stay out of Lake Mead National Recreational Area for a period of six months.

4. Mr. Meza has completed all the requirements mandated by the Plea Agreement and this Court's sentencing Orders.

5. The Government is satisfied that Mr. Meza has completed the conditions of his sentencing.

6. Because Mr. Meza has successfully completed the terms of his sentencing, and therefore his requirements under the Plea Agreement, the parties request that Mr. Meza be allowed to withdraw his guilty plea to Count One, the Government be allowed to amend Count One to a charge of Reckless Driving (36 C.F.R. § 4.2), that Mr. Meza plead guilty to the amended Count One, that the original sentence be applied to the Reckless Driving conviction, and that the case be closed.

DATED this 13th day of July, 2022.

| | |
|---|---|
| JASON FRIERSON<br>United States Attorney | NOBLES & YANEZ LAW FIRM |
| /s/ Angelica Marmorstein<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney<br>*Counsel for the United States* | /s/ Abel Mariano Yanez<br>ABEL MARIANO YANEZ, ESQ.<br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO MEZA,

    Defendant.

Case No. 2:20-mj-966-BNW

**ORDER**

Based on the pending Stipulation between the defense and the Government, and good cause appearing therefore, the Court Orders that:

1. The Defendant be allowed to withdraw his guilty plea to Count One, Operating a Motor Vehicle while Under the Influence of Alcohol (36 C.F.R. § 4.23(a)(1)).

2. The Government be allowed to amend Count One to a charge of Reckless Driving (36 C.F.R. § 4.2).

3. The Defendant be allowed to plead guilty to the amended Count One.

4. The original sentence be applied to the Reckless Driving conviction.

5. The case be closed.

DATED this 14th day of July, 2022.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE